**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Willie Richard |
| Debtor 2 (Spouse, if filing) | Virginia Richard |
| United States Bankruptcy Court for the: | Northern    District of MS (State) |
| Case number | 13-13454-SDM |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:** **Mortgage Information**

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:   2   8   6   8

**Property address:** 211 Alexander Street
Number    Street

_____

Shaw                MS      38773
City                State    ZIP Code

---

**Part 2:** **Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

---

**Part 3:** **Postpetition Mortgage Payment**

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   02 / 01 / 2019
                                                               MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:  +  (b)  $ _____

c.  **Total**. Add lines a and b.                                      (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___ / ___ / _____
                                MM / DD / YYYY

| Debtor 1 | Willie Richard | | | Case number *(if known)* | 13-13454-SDM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**    **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✗ /s/ Michelle R. Ghidotti-Gonsalves | Date | 04 / 26 / 2019 |
|---|---|---|
| Signature | | |

| Print | Michelle | R. | Ghidotti-Gonsalves | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Ghidotti | Berger LLP |
|---|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 1920 Old Tustin Ave. | | |
|---|---|---|---|
| | Number | Street | |

| | Santa Ana | CA | 92705 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 949 ) 427 – 2010 | Email | mghidotti@ghidottiberger.com |
|---|---|---|---|

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI - ABERDEEN DIVISION

| | |
|---|---|
| In Re:                                              ) | CASE NO.:  13-13454-SDM |
|                                                     ) | |
| Willie Richard,                                     ) | CHAPTER 13 |
| Virginia Richard,                                   ) | |
|                                                     ) | **CERTIFICATE OF SERVICE** |
|          Debtors.                                   ) | |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 26, 2019 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

1

1

2    on the interested parties in this action by  placing a true and correct copy thereof in a sealed

3    envelope addressed as follows:

4    (Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Willie Richard | Locke D. Barkley |
| P.O. Box 584 | 6360 I-55 North |
| Shaw, MS 38773 | Suite 140 |
| | Jackson, MS 39211 |
| **Joint Debtor** | |
| Virginia Richard | **U.S. Trustee** |
| P.O. Box 584 | U. S. Trustee |
| Shaw, MS 38773 | 501 East Court Street, Suite 6-430 |
| | Jackson, MS 39201 |
| **Debtor's Counsel** | |
| Michael W. Boyd | |
| Boyd Law Office, P.A. | |
| P.O. Box 1586 | |
| Greenville, MS 38702-1586 | |

_xx___(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2019 at Santa Ana, California

_/s / Enrique Alarcon_
Enrique Alarcon

CERTIFICATE OF SERVICE